**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 3:25-cr-54** |
| **Plaintiff,** | |
| **v.** | **JUDGE THOMAS M. ROSE** |
| **DEVONTE WYATT,** | |
| **Defendant.** | |

**MOTION OF THE UNITED STATES FOR *LAFLER* HEARING**

The United States, by and through undersigned counsel, hereby submits the following motion for a hearing pursuant to *Lafler v. Cooper*, 566 U.S. 156, 164 (2012), and *Missouri v. Frye*, 566 U.S. 134, 146 (2012).

**MEMORANDUM IN SUPPORT OF MOTION FOR *LAFLER* HEARING**

On June 24, 2025, the grand jury in the Southern District of Ohio returned an indictment charging the defendant, Devonte Wyatt, with various weapons and narcotics offenses. Doc. No. 5. Wyatt has entered a plea of not guilty to this offense. *Minute Entry*, July 2, 2025. Trial in this matter is scheduled for December 8, 2025. Doc. No. 33.

The United States tendered a plea offer to Devonte Wyatt on August 20, 2025. The current offer is set to expire on October 9, 2025. Though the United States presumes that defense counsel communicated the nature, substance, and likely consequences of the plea offer to Defendant, the Supreme Court has urged "[t]he prosecution and trial courts [to] adopt some measures to help ensure against late, frivolous, or fabricated claims after . . . a trial leading to conviction." *Lafler*, 566 U.S. at 172 (citation omitted). Among those measures are extending a formal plea offer,

reducing the plea offer to writing, and making a plea offer "part of the record . . . before a trial on the merits, all to ensure that a defendant has been fully advised before those further proceedings commence." *Frye*, 566 U.S. at 146.

Accordingly, the United States requests that the Court convene a hearing at which the parties can put on the record (1) the fact that the government extended a plea offer to the defendant, (2) the substance of the offer, (3) that the defendant was advised of the offer and its precise terms, and (4) that the defendant has conclusively rejected the offer. *Id.* at 147 (citation omitted). In the interests of judicial economy, and to potentially avoid the time and expense of preparing for an unnecessary trial, the government requests that such a hearing be held at the Court's earliest convenience.

Once again, the United States submits that the requested hearing should be scheduled at the Court's earliest convenience.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney


s/Ryan A. Saunders
RYAN A. SAUNDERS
Assistant United States Attorney

s/ Kelly Collins
KELLY COLLINS
Special Assistant United States Attorney

200 West Second Street, Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
E-mail: ryan.saunders2@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion of the United States for *Lafler* Hearing was served on the same day as filing upon all counsel of record.

s/ Ryan A. Saunders
RYAN A. SAUNDERS
Assistant United States Attorney